# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DESHAWN L. BUTLER, | § | |
| | § | No. 288, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for Sussex County, |
| STATE OF DELAWARE, | § | Cr. ID No. 1109000451 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 30, 2015
Decided: July 6, 2015

## ORDER

This 6th day of July 2015, it appears to the Court that, on June 16, 2015, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal within thirty days of the May 6, 2015 docketing of the Superior Court order denying his motion for postconviction relief. Because the appellant failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice